```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   KENNETH LEE GAZELL
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-cr-00180 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JULY 19, 2012, AT 9:00 A.M.** |
| v. | |
| KENNETH LEE GAZELL, | Date: June 7, 2012 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for KENNETH LEE GAZELL, that the Court should vacate the status conference scheduled for June 7, 2012, at 9:00 a.m., and reset it for July 19, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery and to consult with Mr. Gazell.

The parties further stipulate that the Court should exclude the period from the date of this order through July 19, 2012, when it

Stipulation and [Proposed] Order         1                     11-180 MCE

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Gazell's request for a continuance outweigh the best interest of the public and Mr. Gazell in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: June 5, 2012               Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender

Dated: June 5, 2012               BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for
                                  _____
                                  WILLIAM WONG
                                  Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the status conference is hereby continued from June 7, 2012, at 9:00 a.m., to July 19, 2012, at 9:00 a.m. The Court orders time excluded from the date of this order through the status conference on July 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

///

For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE