```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    KENNETH LEE GAZELL
 7

 8

 9                   UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  No. 2:11-cr-00180-MCE
                                  )
13             Plaintiff,         )  **STIPULATION AND ORDER TO**
                                  )  **CONTINUE STATUS CONFERENCE TO**
14       v.                       )  **January 10, 2013, AT 9:00 A.M.**
                                  )
15  KENNETH LEE GAZELL,           )  Date:  October 25, 2012
                                  )  Time:  9:00 a.m.
16             Defendant.         )  Judge: Hon. Morrison C. England
    _____)
17
```

18    THE PARTIES STIPULATE, through counsel, William Wong, Assistant

19 United States Attorney, and Michael Petrik, Jr., attorney for KENNETH

20 LEE GAZELL, that the Court should vacate the status conference

21 scheduled for October 25, 2012, at 9:00 a.m., and reset it for January

22 10, 2013, at 9:00 a.m.

23    Counsel for defendant requires further time to review discovery

24 and to consult with Mr. Gazell.

25 ///

26 ///

27

28  Stipulation and Order                1                    2:11-cr-00180-MCE

The parties further stipulate that the Court should exclude the period from the date of this order through January 10, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Gazell's request for a continuance outweigh the best interest of the public and Mr. Gazell in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: October 24, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: October 24, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for

WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from October 25, 2012, at 9:00 a.m., to January 10, 2013, at 9:00 a.m. The Court also orders time excluded from the date of this order through the status conference on October 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE