```
1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   KENNETH LEE GAZELL
7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) Case No. 2:11-cr-00180-MCE
                                  )
11 |         Plaintiff,            ) **STIPULATION AND ORDER TO CONTINUE**
                                  ) **STATUS CONFERENCE TO MARCH 7,**
12 |     v.                        ) **2013, AT 9:00 A.M.**
                                  )
13 | KENNETH LEE GAZELL,           ) Date:  February 7, 2013
                                  ) Time:  9:00   a.m.
14 |         Defendant.            ) Judge: Hon. Morrison C. England
   |=================================)
15

16      THE PARTIES STIPULATE, through counsel, William Wong, Assistant

17 United States Attorney, and Michael Petrik, Jr., attorney for KENNETH

18 LEE GAZELL, that the Court should vacate the status conference

19 scheduled for February 7, 2013, at 9:00 a.m., and reset it for March 7,

20 2013, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery

22 and to consult with Mr. Gazell.  Counsel also requires the time to meet

23 with government counsel regarding the case.

24      The parties further stipulate that the Court should exclude the

25 period from the date of this order through March 7, 2013, when it

26 computes the time within which the trial of the above criminal

27

28                                  1

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Gazell's request for a continuance outweigh the best interest of the public and Mr. Gazell in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: February 4, 2013     Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: February 4, 2013     BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued to March 7, 2013, at 9:00 a.m. The Court orders time excluded from the date of this order through the status conference on March 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: February 13, 2013

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE