```
1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 11-180 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE TO MARCH 28,** |
| v. | ) **2013, AT 9:00 A.M.** |
| KENNETH LEE GAZELL, | ) Date: March 7, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Kenneth Lee Gazell, that the Court should vacate the status conference scheduled for March 7, 2013, at 9:00 a.m., and reset it for March 28, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to consult with Mr. Gazell, and to conduct investigation. Counsel also requires further time to meet with government counsel about the case.

The parties further stipulate that the Court should exclude the period from the date of this order through March 28, 2013, when it computes the time within which the trial of the above criminal

1

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Gazell's request for a continuance outweigh the best interest of the public and Mr. Gazell in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: March 5, 2013  Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: March 5, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
WILLIAM WONG
Assistant U.S. Attorney

///
///
///
///
///
///
///
///
///

2

**ORDER**

The Court orders that the status conference be continued to March 28, 2013, at 9:00 a.m. The Court orders time excluded from the date of this order through the status conference on March 28, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE