1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7                  UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        ) No. 2:11-cr-0180 MCE
                                    )
10            Plaintiff,            ) **STIPULATION AND ORDER TO CONTINUE**
                                    ) **STATUS CONFERENCE TO JUNE 6,**
11      v.                          ) **2013, AT 9:00 A.M.**
                                    )
12  KENNETH LEE GAZELL,             ) Date:  May 23, 2013
                                    ) Time:  9:00 a.m.
13            Defendant.            ) Judge: Hon. Morrison C. England
   ─────────────────────────────   )

14

15      THE PARTIES STIPULATE, through counsel, William Wong, Assistant

16 United States Attorney, and Michael Petrik, Jr., attorney for Kenneth

17 Lee Gazell, that the Court should vacate the status conference

18 scheduled for May 23, 2013, at 9:00 a.m., and reset it for June 6,

19 2013, at 9:00 a.m.

20      Counsel require further time to draft the plea agreement.  Counsel

21 for Mr. Gazell also requires further time to meet with him and explain

22 the written plea agreement.

23      The parties further stipulate that the Court should exclude the

24 period from the date of this order through June 6, 2013, when it

25 computes the time within which the trial of the above criminal

26 prosecution must commence for purposes of the Speedy Trial Act.

27

28 Stipulation and [Proposed] Order        1                    11-180 MCE

1  The parties stipulate that the ends of justice served by granting Mr.

2  Gazell's request for a continuance outweigh the best interest of the

3  public and Mr. Gazell in a speedy trial, and that this is an

4  appropriate exclusion of time for defense preparation within the

5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

6  Dated: May 22, 2013                    Respectfully submitted,

7                                         HEATHER E. WILLIAMS
                                          Federal Defender
8
                                          /s/ M.Petrik
9                                         _____
                                          MICHAEL PETRIK, Jr.
10                                        Assistant Federal Defender

11  Dated: May 22, 2013                   BENJAMIN B. WAGNER
                                          United States Attorney
12
                                          /s/ M.Petrik for
13                                        _____

14                                        WILLIAM WONG
                                          Assistant U.S. Attorney

15                                    **ORDER**

16      In accordance with the foregoing stipulation, and good cause

17  appearing therefor, the Court orders the status conference in this

18  matter continued to June 6, 2013, at 9:00 a.m.  The Court orders time

19  excluded from the date of this order through the status conference on

20  June 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For

21  the reasons stated above, the Court finds that the ends of justice

22  served by granting defendant's request for a continuance outweigh the

23  best interest of the public and defendant in a speedy trial.

24      IT IS SO ORDERED.

25  Date: May 22, 2013

26                                        _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
27                                        UNITED STATES DISTRICT COURT

28  Stipulation and [Proposed] Order          2                    11-180 MCE