BENJAMIN B. WAGNER
United States Attorney's Office
WILLIAM W. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-0180 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE TO JUNE 20, 2013** |
| v. | ) **AT 9:00 A.M.** |
| KENNETH LEE GAZELL, | ) Date: June 6, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William S. Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Kenneth Lee Gazell, that the Court should vacate the status conference scheduled for June 6, 2013, at 9:00 a.m., and reset it for a change of plea on June 20, 2013 at 9:00 a.m.

Counsel requires further time to draft the plea agreement. Counsel for Mr. Gazell also requires further time to meet with him and explain the written plea agreement.

The parties further stipulate that the Court should exclude the period from the date of this order through June 20, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

///

///

Stipulation and [Proposed] Order  1  11-180 MCE

The parties stipulate that the ends of justice served by granting the parties request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: June 5, 2013                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ William S. Wong
                                            WILLIAM S. WONG
                                            Assistant United States Attorney

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ William S. Wong for
                                            MICHAEL PETRIK
                                            Assistant Federal Defender

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing therefor, the Court orders the status conference in this matter continued to June 20, 2013, at 9:00 a.m. The Court orders time excluded from the date of this order through the change of plea on June 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Date: June 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT