BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

KENNETH LEE GAZELL,

       Defendant.

2:11-CR-00180-MCE

FINAL ORDER OF FORFEITURE

WHEREAS, on September 24, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Kenneth Lee Gazell forfeiting to the United States the following property:

      (a) One Wyoming Arms, model Parker, .40 caliber semi-automatic pistol, serial number A05979.

AND WHEREAS, beginning on September 25, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

1    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

2    property, and the time for any person or entity to file a claim has expired.

3         Accordingly, it is hereby ORDERED and ADJUDGED:

4         1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

5    right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §

6    2461(c), to be disposed of according to law, including all right, title, and interest of Kenneth Lee Gazell.

7         2.    All right, title, and interest in the above-listed property shall vest solely in the name of the

8    United States of America.

9         3.    The Bureau of Alcohol, Tobacco and Firearms, and Explosives shall maintain custody of

10   and control over the subject property until it is disposed of according to law.

11        IT IS SO ORDERED.

12   Dated:  November 26, 2013

13

14   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT
15

Final Order of Forfeiture